IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ANTHONY D. SAIN, *on behalf of Citizens of United States,* ) ) ) | |
| Plaintiff, ) | Case No. 4:08CV00040 |
| ) | **ORDER** |
| v. ) | |
| ) | By: Jackson L. Kiser |
| Branch Banking & Trust, Inc., ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

Before me is the Plaintiff's Amended Complaint [24], filed March 10, 2009. Because the Amended Complaint renders the Plaintiff's original Complaint [3] moot, the Defendant's First Motion to Dismiss Plaintiff's Class Action Complaint [8] is also moot. Therefore, the Notice of Hearing [21] on the Defendant's Motion to Dismiss is withdrawn from the docket.

Similarly, because the Plaintiff has retained counsel [23], the Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney and Supporting Information [5] is also moot. Therefore, the Notice of Hearing [16] on the Plaintiff's Motion to Allow Electronic Filing is withdrawn from the docket.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 17th day of March, 2009.

s/Jackson L. Kiser
Senior United States District Judge